UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re. | No. C 12-5139 SI (pr) |
| STEVEN DEAN PARKS, | **JUDGMENT** |
| Petitioner/Plaintiff. | |

This action is dismissed because petitioner/plaintiff failed to comply with the court's order to file a habeas petition or civil rights complaint.

IT IS SO ORDERED AND ADJUDGED.

DATED: April 23, 2013

SUSAN ILLSTON
United States District Judge